THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 Quinton
 Bates, Petitioner, 
 v.
 State
 of South Carolina, Respondent.
 
 
 

Appeal From Aiken County
William P. Keesley, Plea Judge
 Doyet A. Early, III, Post-Conviction Relief Judge

Unpublished Opinion No. 2009-UP-308
Submitted June 1, 2009 Filed June 11, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Elizabeth Franklin-Best, of Columbia, for Petitioner.
 Attorney
 General Henry D. McMaster, Chief Deputy Attorney John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Lance S. Boozer, all of Columbia, for Respondent.  
 
 
 

PER
 CURIAM:  Petitioner seeks a writ of certiorari from
 the denial of his application for post-conviction relief (PCR).  
Because evidence supports the PCR judge's finding that Petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant certiorari and proceed with a review of the direct appeal issue pursuant
 to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986) and White v. State,
 263 S.C. 110, 208 S.E.2d 35 (1974).
After
 a thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss Petitioner's appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.              
HUFF, PIEPER,
 and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.